UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00060 |
| | ) | JUDGE SHARP |
| JUSTIN JOEL COHN | ) | |
| | ) | |

## O R D E R

Pending before the Court is a SEALED MOTION (Docket No. 62).

The motion is GRANTED and the sentencing hearing scheduled for Friday, November 15, 2013, is hereby rescheduled for Monday, January 13, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE